**Order filed November 29, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00782-CV

_____

## LOULA P. GATOURA, Appellant

## V.

## NEC CORPORATION OF AMERICA, Appellee

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1092072**

## O R D E R

The clerk's record was filed October 11, 2018. Our review has determined that a relevant item has been omitted from the record. *See* Tex. R. App. P. 34.5(c). Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record on or before **December 10, 2018**, containing:

- a **signed** copy of the severance order signed on or around September 10, 2018

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM